# EXHIBIT A

20

1   A.   That was for receiving stolen property.

2   Q.   What approximate period or year was that?

3   A.   That's a good question.  I think I was about 18,

4        19.

5   Q.   Okay.

6   A.   I was young.

7   Q.   Nice views, but that's about it?

8   A.   Plymouth House of Corrections, same thing,

9        driving -- mostly -- after that, mostly all

10       driving offenses.  Driving without a license;

11       refusing to stop.

12           And this all -- I just want to add one thing

13       to this.  I know -- I'm not going to add anything

14       really much.

15  Q.   Go ahead.

16  A.   Where I came from, the area it was, you don't get

17       arrested.  You get beat up.

18           I've taken more beatings from police officers

19       my whole life.  Basically it's what brought me

20       to -- every time I see or hear a siren, I get

21       paranoid.  I really do because I can't -- I'm too

22       old to take a beating now.  This is what happens;

23       so I guess it's -- I've been to therapy and

24       everything else for this, you know.

41

1  Q.   Okay.  Regardless of your knowledge --

2  A.   Okay, okay.

3  Q.   -- did you subsequently learn from whatever

4       source that on February 14th it was uninsured,

5       the motor --

6  A.   Yes, I did.

7  Q.   Okay.  So tell me in your own words what happened

8       in Holbrook that precipitated the following

9       events.

10 A.   I stopped at the light.  Obviously there was a --

11      there was an officer unmarked vehicle backed in

12      next to my right as I went through the light.  I

13      guess I went by him.

14          Next thing I know, the lights are on, and he

15      went to pull me over, and I didn't stop.

16 Q.   Why didn't you not stop?

17 A.   Because this ending is why I didn't stop.  This

18      is what happens to me every time I do.  So I --

19 Q.   Okay.  Hold that thought for one second.

20 A.   Okay.

21              (Pause in the proceedings.)

22 BY MR. LOUISON:

23 Q.   When you say "this ending," you're saying what?

24 A.   The damage that was done at the end of my arrest.

42

```
1   Q.   Okay.

2   A.   Is what happens quite frequently.

3   Q.   Okay.  So you knew that a marked motor vehicle

4        was trying to pull you over?

5   A.   Yes.

6   Q.   Okay.  You saw blue lights?

7   A.   Yes.

8   Q.   You chose to not stop?

9   A.   That is correct.

10  Q.   Okay.  What happened next?

11  A.   I was heading towards my sister's, the closest

12       place I could think of, just trying to get away

13       from him, which I did for a minute.

14            And as I was taking a right going up the hill

15       to my sister's house, they hadn't salted that end

16       of the street; so I slid into a snowbank that was

17       there.

18            I mean, at the time, on Valentine's Day, we

19       had just had two back-to-back snowstorms; so

20       pretty much all the snow was fresh except for

21       the -- the one we had four days before that; so

22       all that was plowed up against the side.

23            So I hit that and just -- right before a

24       wall -- a retainer wall that's in front of this
```