UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES DELTUFO,<br>    Plaintiff<br><br>v.<br><br>DONALD M. DELANEY,<br>and WILLIAM R. CUSHING JR.<br>    Defendants | **CIVIL ACTION NO.: 1:18-CV-11780-DJC** |

## JOINT PROPOSED TIME LIMITS FOR TRIAL

Pursuant to the Court's recent Order (Dkt. #49), the parties submit the following list of proposed time limits for certain phases of the trial, inclusive of any cross and recross of witnesses, and exclusive of voir dire and jury instruction:

1) Opening statements:  1 hour
2) Plaintiff:  3 hours
3) Defendant Cushing:  2 hours
4) Defendant Delaney:  2 hours
5) Non-party/non-expert defense witnesses, William D. Marble, Jr. and Karen MacAleese:  2 hours
6) Defense expert witness, Mark Correia[1]:  2 hours
7) Closing arguments:  1.5 hours

    **TOTAL**  **13.5 hours**

---

[1] Subject to the Court's ruling on Plaintiff's Motion in Limine as to Defense Expert Mark Correia, Dkt. #54.

Respectfully submitted,

Defendants,
DONALD M. DELANEY,
and WILLIAM R. CUSHING, JR.,

By their attorneys,


   */s/ Alexandra M. Gill*
Douglas I. Louison, BBO #545191
Alexandra "Sasha" M. Gill, BBO #663040
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA  02110
617-439-0305
dlouison@lccplaw.com
sgill@lccplaw.com

Plaintiff,
JAMES DELTUFO,
By his attorney,
*/s/ Chester L. Tennyson*
Chester L. Tennyson, Jr., BBO # 49620
Tennyson Law Firm
3 Seaview Avenue
Hull, MA 02045
(781) 740-7800
clt@tennysonlaw.com

### CERTIFICATE OF SERVICE

    I, Alexandra M. Gill, hereby certify that on January 6, 2021, a true copy of the above document was served upon Chester L. Tennyson, Jr., Esq., Tennyson Law Firm, 3 Seaview Avenue, Hull, MA 02045 via the Court's CM/ECF system.


   */s/ Alexandra M. Gill*
Alexandra M. Gill