UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES DELTUFO,<br>    Plaintiff<br><br>v.<br><br>DONALD M. DELANEY,<br>AND WILLIAM R. CUSHING JR.<br>    Defendants | CIVIL ACTION NO.: 1:18-CV-11780-DJC |

## **DEFENDANTS' LIST OF TRIAL EXHIBITS**

Pursuant to the Court's Order, the Defendants submit the following as their list of anticipated trial exhibits:

1. BPD Custody Report (2 pages)

2. Booking Arrestee Questions (1 page)

3. BPD Incident Report (6 pages)

4. K-9 Training Records (83 pages)

5. K-9 Incident Report (3 page)

6. K-9 Use of Non-Lethal Force Report (4 pages)

7. BPD Dispatch Incident Detail (1 page)

8. Criminal Complaint Records (16 pages)

9. BPD Prisoner Rights Form (2 pages)

10. Commonwealth of Massachusetts Motor Vehicle Crash Police Report (2 pages)

11. Norfolk County Control Dispatch Call Sheet (1 page)

12. Holbrook Police Department Records (7 pages)

13. Brewster Ambulance Records (2 .wav files, 5 pages) - **by agreement**

14. Quincy District Court Arraignment Records – Commonwealth v. Deltufo (1 page)

15. South Shore Hospital Records (234 pages) – **by agreement**

16. Marlborough Hills Rehabilitation & Health Care Records (158 pages) - **by agreement**

17. South Shore Visiting Nurse Association Records (134 pages) - **by agreement**

18. CORI Report of James Deltufo (41 pages)

19. Memorandum – Chief of Police re: K-9 Units (15 pages) - **by agreement**

20. General Order Re: Arrest, Effective April 1, 2002 (17 pages) - **by agreement**

21. General Order Re: Use of Force, Effective April 1, 2002 (4 pages) - **by agreement**

                                             Defendants,
                                             By their Attorneys,

                                             */s/ Alexandra Gill*
                                             Douglas I. Louison (BBO #545191)
                                             Email: dlouison@lccplaw.com
                                             Alexandra M. Gill (BBO #663040)
                                             Email: sgill@lccplaw.com
                                             Louison, Costello, Condon & Pfaff, LLP
                                             101 Summer Street
                                             Boston, MA  02110
                                             PHONE: 617-439-0305
                                             FAX: 617-439-0325

<u>**CERTIFICATE OF SERVICE**</u>

      I, Alexandra Gill, hereby certify that on January 6, 2021, a true copy of the above document was served upon: Chester L. Tennyson, Jr., Esq., Tennyson Law Firm, 3 Seaview Avenue, Hull, MA 02045, via the Court's CM-ECF system.

                                      */s/ Alexandra Gill*
                                      Alexandra M. Gill